UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FILED
2021 DEC -8 PM 12:58
U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT
OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Case No.: 3:21-cr-97 |
| | ) | |
| CURTIS W. BIRNER | ) | 18 U.S.C. § 922(g)(1) |

**THE GRAND JURY CHARGES:**

On or about October 16, 2021, in the Northern District of Indiana,

**CURTIS W. BIRNER,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm having been shipped and transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense set forth in the Indictment, the defendant, **CURTIS W. BIRNER,** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission or facilitation of the offense.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Dated:  December 8, 2021

A TRUE BILL:

*s/ Foreperson*
Grand Jury Foreperson

APPROVED BY:

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:  *s/Geovanny E. Martinez*
Geovanny E. Martinez
Assistant United States Attorney

2